IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | : |
| | : CHAPTER 7 |
| SEAN M. SWEENEY | : |
| | : BANKR. NO.: 19-15899 (MDC) |
| | : |
| Debtor | : |
| | : |

**ORDER DISMISSING CASE**

AND NOW, this 3RD day of ~~December, 2019~~ February, 2020, upon consideration of the United States Trustee's Motion to Dismiss Pursuant to 11 U.S.C. §707(a), and the response of the debtor, if any, it is now, therefore,

ORDERED, that the United States Trustee's Motion is GRANTED and this case is hereby DISMISSED with a bar to refiling without prior court approval.

_____
HONORABLE MAGDELINE D. COLEMAN
Chief United States Bankruptcy Judge