```
                          United States Bankruptcy Court
                          Eastern District of Pennsylvania
In re:                                                            Case No. 19-15899-mdc
Sean M. Sweeney                                                   Chapter 7
        Debtor
```

## CERTIFICATE OF NOTICE

```
District/off: 0313-2          User: Stacey                Page 1 of 1                   Date Rcvd: Feb 04, 2020
                              Form ID: pdf900             Total Noticed: 15


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 06, 2020.
db             +Sean M. Sweeney,    413 Timber Lane,    Newtown Square, PA 19073-1708
14392275       +Chase Card,    P.O. Box 15298,    Wilmington DE 19850-5298
14392276       +Citi Commerical Lending,    P.O. Box 769004,    San Antonio TX 78245-9004
14392290       +Commonwealth of PA,    Suite 204A,    110 N. 8th Street,    Philadelphia Pa 19107-2412
14392286       +PNC Bank,    2730 Liberty Avenue,    Pittsburgh PA 15222-4747
14441276       +Wells Fargo Bank, N.A.,    C/O REBECCA ANN SOLARZ,    KML Law Group, P.C.,    701 Market Street,
                 Suite 5000,    Philadelphia, PA 19106-1541

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: megan.harper@phila.gov Feb 05 2020 02:57:04      City of Philadelphia,
                 City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                 Philadelphia, PA 19102-1595
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Feb 05 2020 02:57:03       U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
14392274        E-mail/PDF: ais.bmw.ebn@americaninfosource.com Feb 05 2020 02:55:14       BMW Financial Services,
                 5515 Parkcenter Circle,    Dublin OH 43017
14392284       +E-mail/Text: collections@customersbank.com Feb 05 2020 02:57:03       Customers Bank,
                 99 Bridge Street,    Phoenixville PA 19460-3411
14392289       +E-mail/Text: cio.bncmail@irs.gov Feb 05 2020 02:56:48      Internal Revenue Service,
                 Centralized Insolvency Operation,    P.O. Box 7346,    Philadelphia PA 19101-7346
14392285        E-mail/Text: M74banko@daimler.com Feb 05 2020 02:57:15      Mercedes Benz Financial,
                 36455 Corporate Drive,    Farmington Hills MI 48331
14403187        E-mail/Text: RVSVCBICNOTICE1@state.pa.us Feb 05 2020 02:56:51
                 Pennsylvania Department of Revenue,    Bankruptcy Division PO Box 280946,
                 Harrisburg, Pa. 17128-0946
14392287       +E-mail/Text: jennifer.chacon@spservicing.com Feb 05 2020 02:57:16       Select Portfolio Svcin,
                 P.O. Box 65250,    Salt Lake City UT 84165-0250
14392288       +E-mail/Text: Bankruptcy@wsfsbank.com Feb 05 2020 02:57:16      WSFS,    500 Delaware Avenue,
                 Wilmington DE 19801-1490
                                                                                              TOTAL: 9

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
smg*            Pennsylvania Department of Revenue,   Bankruptcy Division,   P.O. Box 280946,
                 Harrisburg, PA 17128-0946
                                                                                   TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 06, 2020                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 4, 2020 at the address(es) listed below:
              ANDREW M. LUBIN    on behalf of Creditor    Wells Fargo Bank, N.A., as Trustee
               alubin@milsteadlaw.com, bkecf@milsteadlaw.com
              KEVIN P. CALLAHAN    on behalf of U.S. Trustee    United States Trustee kevin.p.callahan@usdoj.gov
              REBECCA ANN SOLARZ    on behalf of Creditor    Wells Fargo Bank, N.A., as trustee, on behalf of the
               holders of the HarborView Mortgage Loan Trust Mortgage Loan Pass-Through Certificates, Series
               2006-12 bkgroup@kmllawgroup.com
              TERRY P. DERSHAW    td@ix.netcom.com, PA66@ecfcbis.com;7trustee@gmail.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                             TOTAL: 5
```

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                          :
                                :        CHAPTER 7
SEAN M. SWEENEY                 :
                                :        BANKR. NO.:  19-15899 (MDC)
                                :
                Debtor          :
                                :

## ORDER DISMISSING CASE

AND NOW, this 3rd day of February, 2020, upon consideration of the United States Trustee's Motion to Dismiss Pursuant to 11 U.S.C.§707(a), and the response of the debtor, if any, it is now, therefore,

ORDERED, that the United States Trustee's Motion is GRANTED and this case is hereby DISMISSED with a bar to refiling without prior court approval.

_____
HONORABLE MAGDELINE D. COLEMAN
Chief United States Bankruptcy Judge

1